IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE STITES, et al., | : | CIVIL ACTION |
| | : | NO. 09-392 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALAN RITCHEY, INC., | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **10th** day of **January, 2011,** it is hereby

**ORDERED** that Defendant's motion for summary judgment is **GRANTED.**

(doc. no. 38.)


**AND IT IS SO ORDERED.**


 S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**